Richard HURSEY, Appellant,

v.

Debra Ann HURSEY, Respondent.

No. WD 44409.

Missouri Court of Appeals,
Western District.

May 12, 1992.

James William Riner, Jefferson City, for appellant.

Elbert A. Walton, Jr., St. Louis, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from portion of dissolution of marriage decree awarding maintenance.

Decree affirmed. Rule 84.16(b).